Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): **Valentin, Cynthia** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): **8560** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **3017 Arborsedge Drive** **Joliet IL**    ZIPCODE **60436** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIPCODE |
| County of Residence or of the Principal Place of Business: **Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **SAME**    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE**    ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [X] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): ***Cynthia Valentin*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: ***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: ***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><th>Exhibit A</th><th>Exhibit B</th></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X   <i>/s/ Richard S. Bass</i>                          <i>06/09/2010</i><br><span style="font-size:small">Signature of Attorney for Debtor(s)                          Date</span></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐   Yes, and exhibit C is attached and made a part of this petition. |
| ☒   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☒   Exhibit D completed and signed by the debtor is attached and made part of this petition. |
| If this is a joint petition: |
| ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <div style="text-align:center">(Name of landlord that obtained judgment)</div> |
| <div style="text-align:center">(Address of landlord)</div> |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (04/10)                                                                              FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cynthia Valentin** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Cynthia Valentin**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

**06/09/2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

**06/09/2010**
(Date)

### Signature of Attorney*

X **/s/ Richard S. Bass**
Signature of Attorney for Debtor(s)

**Richard S. Bass 6189009**
Printed Name of Attorney for Debtor(s)

**Law Office of Richard S. Bass, LTD.**
Firm Name

**2021 Midwest Road**
Address

**Oak Brook IL   60521**

**630-953-8655**
Telephone Number

**06/09/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**06/09/2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**FORM B6A (Official Form 6A) (12/07)**

In re _Cynthia Valentin_ _____ ,   Case No. _____
                Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached                                    **TOTAL $**
                                                    **(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Cynthia Valentin_____ ,    Case No. _____
          Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account:  BankCorp NA* <br> *Location: In debtor's possession* <br><br> *Savings: Bank of America* <br> *Location: In debtor's possession* | | $ 100.00 <br><br><br> $ 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods and furnishings* <br> *Location: In debtor's possession* | | $ 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books and pictures* <br> *Location: In debtor's possession* | | $ 200.00 |
| 6.  Wearing apparel. | | *Misc used personal clothing* <br> *Location: In debtor's possession* | | $ 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance (Term Policy)* <br> *Location: In debtor's possession* | | $ 1.00 |

B6B (Official Form 6B) (12/07)

In re **_Cynthia Valentin_**_____,   Case No. _____
                    Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _1999 Toyota Corolla_ _Location: In debtor's possession_ | | $ 2,000.00 |

Page ___2___ of ___3___

B6B (Official Form 6B) (12/07)

In re **Cynthia Valentin** _____ ,          Case No. _____

Debtor(s)          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2005 Dodge Stratus (In possession of joint buyer-Amy Robles))* *Location: In Joint Buyer possession* | | $ 6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➜ | $ 10,101.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re
**Cynthia Valentin** , Case No. _____

_____
Debtor(s)                                                                                (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | $ 100.00 | $ 100.00 |
| *Checking Account: BankCorp NA* | *735 ILCS 5/12-1001(b)* | $ 100.00 | $ 100.00 |
| *Savings: Bank of America* | *735 ILCS 5/12-1001(b)* | $ 200.00 | $ 200.00 |
| *Misc used household goods and furnishings* | *735 ILCS 5/12-1001(b)* | $ 1,000.00 | $ 1,000.00 |
| *Misc used personal items, books and pictures* | *735 ILCS 5/12-1001(a)* | $ 200.00 | $ 200.00 |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | $ 500.00 | $ 500.00 |
| *Life Insurance (Term Policy)* | *735 ILCS 5/12-1001(f)* | $ 1.00 | $ 1.00 |
| *1999 Toyota Corolla* | *735 ILCS 5/12-1001(c)* | $ 2,000.00 | $ 2,000.00 |
| *2005 Dodge Stratus* | *735 ILCS 5/12-1001(c)* | $ 0.00 | $ 6,000.00 |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Cynthia Valentin_                                    ,        Case No. _____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien <br> H--Husband <br> W--Wife <br> J--Joint <br> C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _1251_ <br> **Creditor # : 1** <br> *Santander Consumer USA* <br> *Attn: Bankruptcy Dept* <br> *PO BOX 560284* <br> *Dallas TX 75356-0284* | X | J *2010* <br> *Notice to other location* <br> *2005 Dodge Stratus (In possession of joint buyer-Amy Robles)* <br> Value: *$ 6,000.00* | | | | $ 0.00 | $ 0.00 |
| Account No: _0001_ <br> **Creditor # : 2** <br> *Triad Financial* <br> *Attn: Bankruptcy Dept* <br> *7711 Center Ave #100* <br> *Huntington Beach CA 92647-3071* | X | J *2008* <br> *Purchase Money Security* <br> *2005 Dodge Stratus (Joint w/ Amy Robles-joint owner in possession* <br> Value: *$ 6,000.00* | | | | $ 12,000.00 | $ 6,000.00 |
| Account No: | | Value: | | | | | |

No continuation sheets attached

| | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | $ 12,000.00 | $ 6,000.00 |
| **Total $** <br> (Use only on last page) | $ 12,000.00 | $ 6,000.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Cynthia Valentin_____,    Case No._____
                    **Debtor(s)**                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    **continuation sheets attached**

**Official Form 6E (04/10) - Cont.**

In re Cynthia Valentin_____ ,        Case No._____

                    **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Internal Revenue Service* *Attn Central Insolvency Dept* *PO Box 21126* *Philadelphia PA 19114* | | *2009* *Federal income taxes* *Tax year ending 12/31/09* | | | | $ 1,250.00 | $ 1,250.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

| | | |
|---|---|---|
| Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | **Subtotal $** (Total of this page) | 1,250.00 |

|  | 1,250.00 | 0.00 |
|---|---|---|

**Total $**
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)     1,250.00

**Total $**
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and        1,250.00        0.00

B6F (Official Form 6F) (12/07)

In re _Cynthia Valentin_____ ,    Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   *6XXX*<br><br>*Creditor # : 1*<br>*Activity Collection Service In*<br>*RE:  Filippini, Victor, DDS*<br>*664 Milwaukee Ave*<br>*Prospect Heights IL 60070* | | *2003-2009*<br>*Collection on Dental Bills* | | | | *$ 495.00* |
| Account No.   *8701*<br><br>*Creditor # : 2*<br>*American Airlines FCU*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  619001*<br>*Dallas TX 75261-9001* | | *2003-2009*<br>*Collection* | | | | *$ 1,344.00* |
| Account No.   *1157*<br><br>*Creditor # : 3*<br>*APLM Ltd*<br>*Attn:  Patient Accounts*<br>*1050 W. Kinzie St*<br>*Chicago IL 60622-6537* | | *2004-2010*<br>*Medical Bills* | | | | *$ 41.00* |
| Account No.<br><br>*Creditor # : 4*<br>*Apollo Group Inc/Univ Phoenix*<br>*Attn:  Bankruptcy Dept*<br>*4615 E. Elmwood St*<br>*Phoenix AZ 85040* | | *2004-2010*<br>*Notice to Attorney* | | | | *$ 0.00* |

_23_ continuation sheets attached

Subtotal $    *$ 1,880.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____,   Case No._____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1311 <br> Creditor # : 5 <br> Armor Systems Corporation <br> RE:  Swedish Covenant Hospital <br> 2322 N. Green Bay Road <br> Waukegan IL 60087-4209 | | | 2003-2009 <br> Collection on Medical Bills | | | | $ 75.00 |
| Account No:    0139 <br> Creditor # : 6 <br> Armor Systems Corporation <br> RE:  Swedish Covenant Hospital <br> 2322 N. Green Bay Road <br> Waukegan IL 60087-4209 | | | 2003-2009 <br> Collection on Medical Bills | | | | $ 41.00 |
| Account No:    5610 <br> Creditor # : 7 <br> Armor Systems Corporation <br> RE:  Swedish Covenant Hospital <br> 2322 N. Green Bay Road <br> Waukegan IL 60087-4209 | | | 2003-2009 <br> Collection on Medical Bills | | | | $ 173.00 |
| Account No:    5817 <br> Creditor # : 8 <br> Armor Systems Corporation <br> RE:  Swedish Covenant Hospital <br> 2322 N. Green Bay Road <br> Waukegan IL 60087-4209 | | | 2003-2009 <br> Collection on Medical Bills | | | | $ 75.00 |
| Account No:    5102 <br> Creditor # : 9 <br> Armor Systems Corporation <br> RE:  Swedish Covenant Hospital <br> 2322 N. Green Bay Road <br> Waukegan IL 60087-4209 | | | 2003-2009 <br> Collection on Medical Bills | | | | $ 50.00 |
| Account No:    0074 <br> Creditor # : 10 <br> Armor Systems Corporation <br> RE:  Swedish Covenant Hospital <br> 2322 N. Green Bay Road <br> Waukegan IL 60087-4209 | | | 2003-2009 <br> Collection on Medical Bills | | | | $ 55.00 |

Sheet No.   1  of   23  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 469.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Cynthia Valentin_____,    Case No._____
           **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9974<br><br>Creditor # : 11<br>Armor Systems Corporation<br>RE:  Swedish Covenant Hospital<br>2322 N. Green Bay Road<br>Waukegan IL 60087-4209 | | | *2003-2009*<br><br>*Collection on Medical Bills* | | | | $ 290.00 |
| Account No: 1130<br><br>Creditor # : 12<br>Armor Systems Corporation<br>RE:  Swedish Covenant Hospital<br>2322 N. Green Bay Road<br>Waukegan IL 60087-4209 | | | *2003-2009*<br><br>*Collection on Medical Bills* | | | | $ 64.00 |
| Account No: 6134<br><br>Creditor # : 13<br>Arrow Financial Service<br>RE:  First Premier<br>5996 W. Touhy<br>Niles IL 60714-4610 | | | *2003-2009*<br><br>*Collection* | | | | $ 529.00 |
| Account No: 0987<br><br>Creditor # : 14<br>Asset Acceptance Corp<br>RE:  Bally Total Fitness<br>PO Box 2036<br>Warren MI 48090-2036 | | | *2003-2009*<br><br>*Collection* | | | | $ 1,056.00 |
| Account No:<br><br>Creditor # : 15<br>Asset Acceptance Corp<br>Attn: Ballys Fitness<br>PO Box 2036<br>Warren MI 48090 | | | *2006*<br><br>*Judgement*<br>*DuPage Case   06 SC 5564* | | | | $ 1,315.00 |
| Account No: 5436<br><br>Creditor # : 16<br>Asset Acceptance LLC<br>RE:  SBC Illinois<br>PO BOX  2036<br>Warren MI 48090-2036 | | | *2004-2010*<br><br>*Collection* | | | | $ 509.00 |

Sheet No. _2_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 3,763.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Cynthia Valentin_____,        Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0987 <br> Creditor # : 17 <br> Asset Acceptance LLC <br> RE:  Bally Total Fitness <br> PO BOX  2036 <br> Warren MI 48090-2036 | | | 2004-2010 <br> Collection | | | | $ 624.00 |
| Account No:    9582 <br> Creditor # : 18 <br> AssetCare, Inc. <br> RE:  NCO Portfolio/Verizon <br> 5100 Peachtree Industrial Blvd <br> Norcross GA 30071 | | | 2004-2010 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    1372 <br> Creditor # : 19 <br> Associate Pathologists Joliet <br> Attn:  Patient Accts <br> 330 Madison St, #200A <br> Joliet IL 60435 | C | | 2004-2010 <br> Medical Bills | | | | $ 66.00 |
| Account No:    3471 <br> Creditor # : 20 <br> AT&T <br> Attn:  Bankruptcy Dept <br> PO BOX  8100 <br> Aurora IL 60507-8100 | | | 2004-2010 <br> Telephone | | | | $ 177.00 |
| Account No: <br> Creditor # : 21 <br> ATG Credit <br> RE:  Naperville Radiologist <br> PO Box 14895 <br> Chicago IL 60614-4895 | | | 2003-2009 <br> Collection on Medical Bills | | | | $ 5,073.00 |
| Account No:    730 <br> Creditor # : 22 <br> Calvary Investments, LLC <br> RE:  Sprint PCS <br> 7 Skyline Dr, Suite 3 <br> Hawthorne NY 10532-2162 | | | 2003-2009 <br> Collection | | | | $ 41.00 |

Sheet No.   3  of   23  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 5,981.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____,   Case No._____
       **Debtor(s)**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1332<br>Creditor # : 23<br>Capital Management Services<br>RE:  Chase<br>726 Exchange Street, Suite 700<br>Buffalo NY 14210 | | | 2004-2010<br>Collection | | | | $ 357.00 |
| Account No:   6134<br>Creditor # : 24<br>Capital Management Services<br>RE:  Premier Bank<br>726 Exchange Street, Suite 700<br>Buffalo NY 14210 | | | 2004-2010<br>Collection | | | | $ 539.00 |
| Account No:   2476<br>Creditor # : 25<br>Carson Pirie Scott<br>Retail Services<br>PO BOX  15521<br>Wilmington DE 19850-5521 | | | 2004-2010<br>Notice | | | | $ 0.00 |
| Account No:   4736<br>Creditor # : 26<br>CBE Group Inc.<br>RE:  Dish Network<br>131 Tower Park Dr, #100<br>Waterloo IA 50701 | | | 2004-2010<br>Collection | | | | $ 807.00 |
| Account No:   2792<br>Creditor # : 27<br>CCS/First National Bank<br>Attn:  Bankruptcy Dept<br>600 E. 60th St N<br>Sioux Falls SD 57104 | | | 2004-2010<br>Credit Card Purchases | | | | $ 472.00 |
| Account No:   6001<br>Creditor # : 28<br>Central DuPage Hospital<br>Attn:  Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2004-2010<br>Medical Bills | | | | $ 651.00 |

Sheet No.   4  of   23  continuation sheets attached to Schedule of       **Subtotal $**        $ 2,826.00
Creditors Holding Unsecured Nonpriority Claims                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Cynthia Valentin_____,                    Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3001<br>Creditor # : 29<br>Central DuPage Hospital<br>Attn: Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2004-2010<br>Medical Bills | | | | $ 2,310.00 |
| Account No: 2001<br>Creditor # : 30<br>Central DuPage Hospital<br>Attn: Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2004-2010<br>Medical Bills | | | | $ 121.00 |
| Account No: 8613<br>Creditor # : 31<br>Central DuPage Physician Group<br>Attn: Patient Accts<br>PO BOX 479<br>Winfield IL 60190-0479 | | | 2004-2010<br>Medical Bills | | | | $ 25.00 |
| Account No:<br>Creditor # : 32<br>City of Chicago Bureau Parking<br>Attn Bankruptcy Dept<br>PO Box 88292<br>Chicago IL 60680-1292 | | | 2005-10<br>Parking Ticket | | | | $ 2,000.00 |
| Account No: 0162<br>Creditor # : 33<br>CMI Group LP<br>RE: WOW Internet & Cable<br>4200 International Pkwy<br>Carrollton TX 75007-1912 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No: 7621<br>Creditor # : 34<br>CMI Group LP<br>RE: WOW Naperville<br>4200 International Pkwy<br>Carrollton TX 75007-1912 | | | 2003-2009<br>Collection | | | | $ 210.00 |

Sheet No. _5_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 4,666.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Cynthia Valentin_ _____ ,       Case No. _____
          **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2132 <br> Creditor # : 35 <br> Collection Company of America <br> RE:  AT&T <br> 700 Longwater Dr <br> Norwell MA 02061 | | | 2004-2010 <br> Notice to Collector | | | | $ 0.00 |
| Account No: 3509 <br> Creditor # : 36 <br> Collection Masters LLC <br> RE:  US Bank <br> 166 W Washington, #700 <br> Chicago IL 60602 | | | 2003-2009 <br> Collection | | | | $ 887.00 |
| Account No: 6287 <br> Creditor # : 37 <br> Comcast <br> Attn:  Bankruptcy Dept <br> 1711 E. Wilson St <br> Batavia IL 60510-1470 | | | 2004-2010 <br> Cable Television | | | | $ 1,116.00 |
| Account No: 9093 <br> Creditor # : 38 <br> Commonwealth Edison <br> Attn:  Bankruptcy Dept <br> 2100 Swift Drive <br> Oak Brook IL 60523-9644 | | | 2004-2010 <br> Utility Bills | | | | $ 894.00 |
| Account No: 3640 <br> Creditor # : 39 <br> Credit Management <br> RE: WOW Naperville <br> 4200 International Pkwy <br> Carrollton TX 75007 | | | 2003-2009 <br> Collection | | | | $ 1,810.00 |
| Account No: 0162 <br> Creditor # : 40 <br> Credit Management <br> RE:  WOW Cable <br> 4200 International Pkwy <br> Carrollton ITX 75007-1906 | | | 2004-2010 | | | | $ 0.00 |

Sheet No. _6_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 4,707.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_ _____ ,    Case No._____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8787<br>Creditor # : 41<br>Credit Protection Association<br>RE:  Comcast<br>13355 Noel Rd<br>Dallas TX 75240 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:    0416<br>Creditor # : 42<br>Dennis A. Brebner & Associates<br>RE:  Valley Emergency Care<br>860 Northpoint Blvd<br>Waukegan IL 60085-8211 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:    8165<br>Creditor # : 43<br>Devry Inc<br>Attn Collection-Bankruptcy Dpt<br>One Tower Lane, #1000<br>OakBrook Terrace IL 60181-4624 | | | 2004-2010<br>Student Loan | | | | $ 4,039.00 |
| Account No:    4917<br>Creditor # : 44<br>Diversified Services Group<br>RE:  Rush Copley Memorial Hosp<br>5800 E Thomas Rd,  #107<br>Scottsdale AZ 85251 | | | 2004-2010<br>Collection on Medical Bills | | | | $ 6,076.00 |
| Account No:    7510<br>Creditor # : 45<br>Diversified Services Inc.<br>RE:  Rush Copley Mem Hospital<br>5800 E. Thomas Rd,  #107<br>Scottsdale AZ 85251 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 4,072.00 |
| Account No:    6225<br>Creditor # : 46<br>Emergency Treatment, SC<br>Attn:  Bankruptcy Dept<br>900 Jorie Blvd, Ste 220<br>Oak Brook IL 60523 | | | 2004-2010<br>Medical Bills | | | | $ 300.00 |

Sheet No.    7   of    23  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 14,487.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____,   Case No._____
**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2734<br>Creditor # : 47<br>Enhanced Recovery Corp<br>RE:  AT&T<br>8014 Bayberry Rd<br>Jacksonville FL 32256 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   9289<br>Creditor # : 48<br>EOS CCA<br>RE:  Apollo Gr/Univ of Phoenix<br>700 Longwater Dr<br>Norwell MA 02061 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   3178<br>Creditor # : 49<br>Female Healthcare Assoc LTD<br>Attn:  Patient Accts<br>471 W Army Trail Rd,  #103<br>Bloomingdale IL 60108-2628 | | | 2004-2010<br>Medical Bills | | | | $ 407.00 |
| Account No:   1601<br>Creditor # : 50<br>Fidelity Info Corp<br>RE:  Midwest Ct<br>PO BOX  49938<br>Los Angeles CA 90049 | | | 2003-2009<br>Collection | | | | $ 472.00 |
| Account No:   2753<br>Creditor # : 51<br>Financial Management Systems<br>RE:  University of Phoenix<br>PO BOX  68245<br>Schaumburg IL 60194 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   9708<br>Creditor # : 52<br>First Bank of Delaware<br>Attn:  Bankruptcy Dept<br>1608 Walnut St, #1000<br>Philadelphia PA 19103 | | | 2003-2009<br>Notice | | | | $ 0.00 |

Sheet No.   _8_  of   _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 879.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____,   Case No._____

**Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9112<br>Creditor # : 53<br>First National Credit Card<br>Attn:  Bankruptcy Dept<br>500 E 60th St N<br>Sioux Falls SD 57104 | | | 2003-2009<br>Credit Card Purchases | | | | $ 274.00 |
| Account No:   3106<br>Creditor # : 54<br>First Premier Bank<br>Attn:   Bankruptcy Dept<br>PO Box 5519<br>Sioux Falls  SD 57117-5519 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:   9075<br>Creditor # : 55<br>First Source Healthcare Advant<br>RE:  Rush-Copley<br>7650 Magna Dr<br>Belleville IL 62223 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   0717<br>Creditor # : 56<br>General Revenue Corp<br>RE:  DeVry University<br>PO Box 495999<br>Cincinnati OH 45249-5999 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 57<br>Harris & Harris LTD<br>RE:  Commonwealth Edison<br>222 Merchandise Mart,  #1900<br>Chicago IL 60654 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6585<br>Creditor # : 58<br>Harvard Collection<br>RE:  Sprint<br>4839 N. Elston Ave<br>Chicago IL 60630 | | | 2003-2009<br>Collection | | | | $ 287.00 |

Sheet No.   9  of   23  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                           $ 561.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____ ,      Case No._____

**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  0079<br>Creditor # : 59<br>Harvard Collection<br>RE: Advocate Urgent Care<br>4839 N. Elston Ave<br>Chicago IL 60630 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 66.00 |
| Account No:  3357<br>Creditor # : 60<br>Harvard Collection Svc<br>RE:  Il Dept Revenue<br>4839 N. Elston Ave<br>Chicago IL 60630-2534 | | | 2004-2010<br>Collection on State Income Tax | | | | $ 118.00 |
| Account No:  6001<br>Creditor # : 61<br>Healthcare Recovery Solutions<br>RE:  Dupage Hosp<br>1515 190th St,  #350<br>Gardena CA 90248-4359 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:  2476<br>Creditor # : 62<br>Household Bank NA IL<br>Attn:  Bankruptcy Dept<br>PO BOX  876<br>Wood Dale IL 60191-0876 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:  1838<br>Creditor # : 63<br>Household Credit Services<br>Attn:  Bankruptcy Dept<br>PO BOX  98706<br>Las Vegas NV 89193-8706 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:  3367<br>Creditor # : 64<br>HR Accounts Inc.<br>RE:  Central Dupage Hosp<br>7017 John Deere Pkwy<br>Moline IL 61266-0672 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |

Sheet No.  10  of   23  continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ............................ $ 184.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____,      Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 65<br>HSBC Bank<br>Attn:  Bankruptcy Dept<br>PO BOX  5253<br>Carol Stream IL 60197 | | | 2004-2010<br>Credit Card Purchases | | | | $ 216.00 |
| Account No:    4272<br>Creditor # : 66<br>HSBC Bank USA<br>Attn:  Bankruptcy Dept<br>PO  BOX  15521<br>Wilmington DE 19085 | | | 2003-2009<br>Credit Card Purchases | | | | $ 431.00 |
| Account No:    8919<br>Creditor # : 67<br>HSBC Card Services<br>Attn:  Bankruptcy Dept<br>PO BOX  5253<br>Carol Stream IL 60197-5253 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:    8171<br>Creditor # : 68<br>HSBC Carson's<br>Attn:  Bankruptcy Dept<br>PO BOX  5253<br>Carol Stream IL 60197 | | | 2003-2009<br>Notice | | | | $ 0.00 |
| Account No:    3411<br>Creditor # : 69<br>Illinois Tollway Authority<br>Attn Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | | 2004-2010<br>Tollway Charges | | | | $ 62.00 |
| Account No:    1556<br>Creditor # : 70<br>Invoice Audit Services<br>RE:  Quest Diagnostics<br>PO BOX  559<br>Moon Twp PA 15108 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   11   of    23  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                    $ 709.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Cynthia Valentin_____ ,  Case No._____
          **Debtor(s)**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  0711<br>Creditor # : 71<br>Joliet Radiological Service Co<br>Attn:  Patient Accts<br>36910 Treasury Ctr<br>Chicago IL 60694-6900 | | | 2004-2010<br>Medical Bills | | | | $ 61.00 |
| Account No:  2422<br>Creditor # : 72<br>KCA Financial<br>RE:  Delnor Community Hosp<br>PO Box 53<br>Geneva IL 60134 | | | 2004-2010<br>Collection on Medical Bills | | | | $ 353.00 |
| Account No:<br>Creditor # : 73<br>Law Office McMahan & Sigunick<br>Acct: Asset Accept-Ballys<br>216 W. Jackson Blvd  #900<br>Chicago IL 60606 | | | 2006<br>Collection<br>DuPage Case 06 SC 5564 | | | | $ 1,000.00 |
| Account No:  5110<br>Creditor # : 74<br>Law Offices of Mitchell N. Kay<br>RE:  Chase<br>PO BOX  2374<br>Chicago IL 60690-2374 | | | 2004-2010<br>Collection | | | | $ 357.00 |
| Account No:  0385<br>Creditor # : 75<br>Lifetiime Fitness<br>Attn:  Collections<br>28141 Diehl Rd<br>Warrenville IL 60555 | | | 2004-2010<br>Subscriptions | | | | $ 116.00 |
| Account No:  0002<br>Creditor # : 76<br>Medical Business Bureau<br>RE:  West Central Anesthesia<br>PO Box 1219<br>Park Ridge IL 60068-7219 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 1,162.00 |

Sheet No. _12_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,049.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3220<br>*Creditor # : 77*<br>*Medical Business Bureau*<br>*RE:  Lincoln Park Anesthesia*<br>*PO Box 1219*<br>*Park Ridge IL 60068-7219* | | | *2003-2009*<br>*Collection on Medical Bills* | | | | *$ 91.00* |
| Account No:   1088<br>*Creditor # : 78*<br>*Merchants Credit Guide*<br>*RE:  Edward Hospital*<br>*223 W. Jackson Blvd, #900*<br>*Chicago IL 60606-6908* | | | *2003-2009*<br>*Collection on Medical Bills* | | | | *$ 4,526.00* |
| Account No:   1087<br>*Creditor # : 79*<br>*Merchants Credit Guide*<br>*RE:  Edward Hospital*<br>*223 W. Jackson Blvd, #900*<br>*Chicago IL 60606-6908* | | | *2003-2009*<br>*Collection on Medical Bills* | | | | *$ 4,963.00* |
| Account No:   1593<br>*Creditor # : 80*<br>*Merchants Credit Guide*<br>*RE:  Edward Hosp*<br>*223 W. Jackson Blvd, #900*<br>*Chicago IL 60606-6908* | | | *2004-2010*<br>*Notice to Collector* | | | | *$ 0.00* |
| Account No:   1085<br>*Creditor # : 81*<br>*Merchants Credit Guide*<br>*RE:  Edward Hospital*<br>*223 W. Jackson Blvd, #900*<br>*Chicago IL 60606-6908* | | | *2003-2009*<br>*Collection on Medical Bills* | | | | *$ 1,905.00* |
| Account No:   1083<br>*Creditor # : 82*<br>*Merchants Credit Guide*<br>*RE:  Edward Hospital*<br>*223 W. Jackson Blvd, #900*<br>*Chicago IL 60606-6908* | | | *2003-2009*<br>*Collection on Medical Bills* | | | | *$ 124.00* |

Sheet No. _13_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     *$ 11,609.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____,   Case No._____
**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1082<br>Creditor # : 83<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 78.00 |
| Account No:   1081<br>Creditor # : 84<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 119.00 |
| Account No:   0342<br>Creditor # : 85<br>Merchants Credit Guide<br>RE:  DuPage Medical Gr<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 102.00 |
| Account No:   1461<br>Creditor # : 86<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 99.00 |
| Account No:   1593<br>Creditor # : 87<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 417.00 |
| Account No:   1460<br>Creditor # : 88<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 3,515.00 |

Sheet No.  14  of  23  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 4,330.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_                                    ,          Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1598<br><br>Creditor # : 89<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | *2003-2009*<br>*Collection on Medical Bills* | | | | $ 99.00 |
| Account No:    1597<br><br>Creditor # : 90<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | *2003-2009*<br>*Collection on Medical Bills* | | | | $ 227.00 |
| Account No:    1089<br><br>Creditor # : 91<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | *2003-2009*<br>*Collection on Medical Bills* | | | | $ 717.00 |
| Account No:    1086<br><br>Creditor # : 92<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | *2003-2009*<br>*Collection on Medical Bills* | | | | $ 2,051.00 |
| Account No:    1596<br><br>Creditor # : 93<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | *2003-2009*<br>*Collection on Medical Bills* | | | | $ 2,232.00 |
| Account No:    1595<br><br>Creditor # : 94<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | *2003-2009*<br>*Collection on Medical Bills* | | | | $ 100.00 |

Sheet No.   15  of    23  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $           $ 5,426.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____ ,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1594<br>Creditor # : 95<br>Merchants Credit Guide<br>RE: Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 100.00 |
| Account No:   2187<br>Creditor # : 96<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 100.00 |
| Account No:   0167<br>Creditor # : 97<br>Merchants Credit Guide<br>RE:  DuPage Medical Gr<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 64.00 |
| Account No:   2579<br>Creditor # : 98<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 5,813.00 |
| Account No:   2580<br>Creditor # : 99<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 1,665.00 |
| Account No:   2205<br>Creditor # : 100<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 72.00 |

Sheet No. _16_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 7,814.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_ ,                          Case No. _____

   **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2206 Creditor # : 101 Merchants Credit Guide RE: Edward Hospital 223 W. Jackson Blvd, #900 Chicago IL 60606-6908 | | | 2003-2009 Collection on Medical Bills | | | | $ 52.00 |
| Account No: 0145 Creditor # : 102 Merchants Credit Guide RE: Edward/Central Dupage Hos 223 W. Jackson Blvd, #900 Chicago IL 60606-6908 | | | 2004-2010 Notice to Collector | | | | $ 0.00 |
| Account No: 0171 Creditor # : 103 Merchants Credit Guide RE: DuPage Medical Gr 223 W. Jackson Blvd, #900 Chicago IL 60606-6908 | | | 2003-2009 Collection on Medical Bills | | | | $ 3,145.00 |
| Account No: 1084 Creditor # : 104 Merchants Credit Guide RE: Edward Hospital 223 W. Jackson Blvd, #900 Chicago IL 60606-6908 | | | 2003-2009 Collection on Medical Bills | | | | $ 2,859.00 |
| Account No: 8613 Creditor # : 105 Merchants Credit Guide RE: Central DuPage Hosp 223 W. Jackson Blvd, #900 Chicago IL 60606-6908 | | | 2004-2010 Notice to Collector | | | | $ 0.00 |
| Account No: 1090 Creditor # : 106 Merchants Credit Guide RE: Edward Hospital 223 W. Jackson Blvd, #900 Chicago IL 60606-6908 | | | 2003-2009 Collection on Medical Bills | | | | $ 99.00 |

Sheet No. _17_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 6,155.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Cynthia Valentin_____ ,  Case No._____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:　6811　<br>Creditor # : 107<br>MiraMed Revenue Group, LLC<br>RE:  Provena St. Joseph<br>PO BOX  77000, Dept 77304<br>Detroit MI 48277-0304 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:　0628　<br>Creditor # : 108<br>MiraMed Revenue Group, LLC<br>RE:  Provena St. Joseph<br>PO BOX  77000, Dept 77304<br>Detroit MI 48277-0304 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:　5782　<br>Creditor # : 109<br>MiraMed Revenue Group, LLC<br>RE:  Provna St. Joseph<br>PO BOX  77000, Dept 77304<br>Detroit MI 48277-0304 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:　8560　<br>Creditor # : 110<br>National Credit Adjusters<br>RE:  Check 'n Go<br>327 W 4th Ave<br>Hutchinson KS 67501 | | | 2003-2009<br>Collection | | | | $ 721.00 |
| Account No:　1448　<br>Creditor # : 111<br>National Recovery Agency<br>RE:　Latin Club<br>2491 Paxton St<br>Harrisburg PA 17111 | | | 2004-2010<br>Collection | | | | $ 32.00 |
| Account No:　X445　<br>Creditor # : 112<br>NCO Financial Systems Inc.<br>RE:  Verizon Wireless<br>507 Prudential Road<br>Horsham PA 19044 | | | 2004-2010<br>Collection | | | | $ 131.00 |

Sheet No.　18　of　23　continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 　　　　　$ 884.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_ ,                                          Case No._____
                                        **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5621<br>Creditor # : 113<br>NCO Financial Systems Inc.<br>RE:  Citizens Bank<br>507 Prudential Road<br>Horsham PA 19044 | | | 2003-2009<br>Collection | | | | $ 1,260.00 |
| Account No:   2754<br>Creditor # : 114<br>Pinnacle Credit Service<br>RE:  HSBC<br>PO BOX  640<br>Hopkins MN 55343-0640 | | | 2003-2009<br>Collection | | | | $ 668.00 |
| Account No:   5641<br>Creditor # : 115<br>Platinum Capital Investment<br>RE:  First Bank D<br>1245 S Main St, #100<br>Grapevine TX 76051 | | | 2003-2009<br>Collection | | | | $ 551.00 |
| Account No:   9901<br>Creditor # : 116<br>Prairie Emergency Phys<br>Attn:  Bankruptcy Dept<br>PO BOX  189016<br>Plantation  FL 33318-9016 | | | 2004-2010<br>Medical Bills | | | | $ 242.00 |
| Account No:   5782<br>Creditor # : 117<br>Provena St. Joseph Med Ctr<br>Attn:   Patient Accts<br>75 Remittance Dr,  #1959<br>Chicago IL 60675-1959 | | | 2004-2010<br>Medical Bills | | | | $ 471.00 |
| Account No:   0628<br>Creditor # : 118<br>Provena St. Joseph Med Ctr<br>Attn:   Patient Accts<br>75 Remittance Dr,  #1959<br>Chicago IL 60675-1959 | | | 2004-2010<br>Medical Bills | | | | $ 210.00 |

Sheet No.  _19_  of   _23_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 3,402.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_____,        Case No._____
                        **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6811<br>Creditor # : 119<br>Provena St. Joseph Med Ctr<br>Attn:   Patient Accts<br>75 Remittance Dr,  #1959<br>Chicago IL 60675-1959 | | | 2004-2010<br>Medical Bills | | | | $ 1,358.00 |
| Account No:   9864<br>Creditor # : 120<br>Quest Diagnostic<br>Attn:  Patient Billing<br>1355 Mittel Blvd<br>Wood Dale IL 60191-1024 | | | 2004-2010<br>Medical Bills | | | | $ 11.00 |
| Account No:   0416<br>Creditor # : 121<br>R&B Receivables Mgt<br>RE:  Valley Emergency Care<br>860 S Northpoint Blvd<br>Waukegan IL 60085 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6571<br>Creditor # : 122<br>RJM Acquisitions LLC<br>RE:  DoubleDay Book Club<br>575 Underhill Blvd #224<br>Syosset NY 11791 | | | 2003-2009<br>Collection | | | | $ 85.00 |
| Account No:   1662<br>Creditor # : 123<br>Robert P. Mistovich<br>RE:   Emergency Treatment SC<br>PO BOX  509<br>Lake Forest IL 60045-0509 | | | 2004-2010<br>Collection on Medical Bills | | | | $ 239.00 |
| Account No:   1465<br>Creditor # : 124<br>Robert P. Mistovich<br>RE:   Emergency Treatment SC<br>PO BOX  509<br>Lake Forest IL 60045-0509 | | | 2004-2010<br>Collection on Medical Bills | | | | $ 25.00 |

Sheet No.  20  of   23  continuation sheets attached to Schedule of                           Subtotal $        $ 1,718.00
Creditors Holding Unsecured Nonpriority Claims                                                   Total $
                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Cynthia Valentin_____,      Case No._____
         **Debtor(s)**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1661 <br> Creditor # : 125 <br> Robert P. Mistovich <br> RE: Emergency Treatment SC <br> PO BOX 509 <br> Lake Forest IL 60045-0509 | | | 2004-2010 <br> Collection on Medical Bills | | | | $ 105.00 |
| Account No: 7649 <br> Creditor # : 126 <br> Rush Copley Medical Group <br> Attn: Patient Accts <br> 2060 Ogden Ave, #B <br> Aurora IL 60504-4714 | | | 2004-2010 <br> Medical Bills | | | | $ 790.00 |
| Account No: 7343 <br> Creditor # : 127 <br> Rush Copley Medical Group <br> Attn: Patient Accts <br> 2060 Ogden Ave, #B <br> Aurora IL 60504-4714 | | | 2004-2010 <br> Medical Bills | | | | $ 837.00 |
| Account No: <br> Creditor # : 128 <br> SALLIE MAE <br> Attn: Bankruptcy Dept <br> PO BOX 9500 <br> Wilkes Barre PA 18773-9500 | | | 2003-2009 <br> Student Loan | | | | $ 13,816.00 |
| Account No: <br> Creditor # : 129 <br> SALLIE MAE LSCF <br> Attn: Bankruptcy Dept <br> 1002 Arthur Dr <br> Lynn Haven FL 32444-1683 | | | 2003-2009 <br> Notice to Other Location | | | | $ 0.00 |
| Account No: <br> Creditor # : 130 <br> Sprint <br> Attn: Collection Dept <br> PO BOX 4191 <br> Carol Stream IL 60197-4191 | | | 2008 <br> Phone service | | | | $ 500.00 |

Sheet No. _21_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                            **Subtotal $**         **$ 16,048.00**

                                                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Cynthia Valentin_ ,                                Case No._____
**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0066 <br> Creditor # : 131 <br> TRS Recovery Services Inc. <br> RE:  Wal-Mart <br> 5251 Westheimer <br> Houston TX 77056 | | | 2004-2010 <br> Collection | | | | $ 186.00 |
| Account No:   8560 <br> Creditor # : 132 <br> University Accounting Svc <br> Acct: DeVry Account <br> PO BOX  932 <br> Brookfield WI 53008-0932 | | | 2004-2010 <br> Notice to Collector | | | | $ 0.00 |
| Account No:   3648 <br> Creditor # : 133 <br> University of Phoenix <br> Corporate Processing <br> 4615 East Elwood <br> Phoenix AZ 85040 | | | 2004-2010 <br> Tuition | | | | $ 2,080.00 |
| Account No:   0221 <br> Creditor # : 134 <br> Valley Emergency Care <br> Attn:  Patient Accts <br> PO BOX  9030 <br> Wheeling IL 60090 | | | 2004-2010 <br> Medical Bills | | | | $ 300.00 |
| Account No:   6331 <br> Creditor # : 135 <br> Valley Imaging Consultants LLC <br> Attn:  Patient Accts <br> 6910 S. Madison St <br> Willowbrook IL 60527-5504 | | | 2004-2010 <br> Medical Bills | | | | $ 42.00 |
| Account No:   3651 <br> Creditor # : 136 <br> Van Ru Credit <br> RE:  DeVry Inc. <br> 1350 E. Touhy Ave, #100E <br> Des Plaines IL 60018-3307 | | | 2004-2010 <br> Notice to Collector | | | | $ 0.00 |

Sheet No. _22_ of _23_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,608.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Cynthia Valentin_ _____ ,          Case No._____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:     3930<br>Creditor # : 137<br>Village of River Grove<br>Attn:  Photo Enforcement<br>PO BOX  5905, #0125<br>Carol Stream IL 60197-5905 | | | 2004-2010<br>Traffic Violation | | | | $ 100.00 |
| Account No:     5924<br>Creditor # : 138<br>Winfield Pathology Consultants<br>Attn:  Patient Accts<br>Dept  4432<br>Carol Stream IL 60122-4432 | | | 2004-2010<br>Medical Bills | | | | $ 66.00 |
| Account No:     8295<br>Creditor # : 139<br>Winfield Pathology Consultants<br>Attn:  Patient Accts<br>Dept  4408<br>Carol Stream IL 60122-4408 | | | 2004-2010<br>Medical Bills | | | | $ 18.00 |
| Account No:     0336<br>Creditor # : 140<br>Zenith Acquisition Corp<br>RE:  Tribute Mastercard<br>220 John Glenn Dr,  #1<br>Buffalo NY 14228-2228 | | | 2003-2009<br>Collection | | | | $ 578.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  _23_  of  _23_  continuation sheets attached to Schedule of          **Subtotal $** | $ 762.00
Creditors Holding Unsecured Nonpriority Claims

**Total $** | $ 104,917.00

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Cynthia Valentin_ _____ / Debtor    Case No. _____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _Cynthia Valentin_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Amy Robles<br><br>Aurora IL  60505 | Santander Consumer USA<br>Attn:  Bankruptcy Dept<br>PO BOX  560284<br>Dallas TX  75356-0284<br><br>Triad Financial<br>Attn:   Bankruptcy Dept<br>7711 Center Ave   #100<br>Huntington Beach CA  92647-3071 |

B6I (Official Form 6I) (12/07)

In re _Cynthia Valentin_                                          ,        Case No. _____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Repaiment-Installer_ | |
| Name of Employer | _Safe Lite Glass_ | |
| How Long Employed | _2 months_ | |
| Address of Employer | _Wood Dale IL  60191-0703_ | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ _1,906.67_ | $ _0.00_ |
| 2. Estimate monthly overtime | $ _0.00_ | $ _0.00_ |
| 3. SUBTOTAL | $ _1,906.67_ | $ _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ _390.00_ | $ _0.00_ |
|     b. Insurance | $ _0.00_ | $ _0.00_ |
|     c. Union dues | $ _0.00_ | $ _0.00_ |
|     d. Other  (Specify): | $ _0.00_ | $ _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ _390.00_ | $ _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ _1,516.67_ | $ _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _0.00_ | $ _0.00_ |
| 8. Income from real property | $ _0.00_ | $ _0.00_ |
| 9. Interest and dividends | $ _0.00_ | $ _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _0.00_ | $ _0.00_ |
| 11. Social security or government assistance (Specify): | $ _0.00_ | $ _0.00_ |
| 12. Pension or retirement income | $ _0.00_ | $ _0.00_ |
| 13. Other monthly income (Specify): | $ _0.00_ | $ _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _0.00_ | $ _0.00_ |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ _1,516.67_ | $ _0.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ _1,516.67_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Cynthia Valentin_____ ,    Case No. _____

**Debtor(s)**                                                                                     (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $      500.00 |
| a. Are real estate taxes included?    Yes ☐    No ☒ | |
| b. Is property insurance included?    Yes ☐    No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $        0.00 |
| b. Water and sewer | $        0.00 |
| c. Telephone | $        0.00 |
| d. Other    _Cell Phone_ | $       65.00 |
| Other | $        0.00 |
| 3. Home maintenance (repairs and upkeep) | $        0.00 |
| 4. Food | $      350.00 |
| 5. Clothing | $       60.00 |
| 6. Laundry and dry cleaning | $       10.00 |
| 7. Medical and dental expenses | $       20.00 |
| 8. Transportation (not including car payments) | $      130.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $       80.00 |
| 10. Charitable contributions | $        0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $        0.00 |
| b. Life | $        0.00 |
| c. Health | $        0.00 |
| d. Auto | $       62.00 |
| e. Other    _Student loan_ | $       50.00 |
| Other | $        0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify)    _IRS Payment_ | $       50.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $        0.00 |
| b. Other:    _Auto repair, upkeep & license_ | $       50.00 |
| c. Other: | $        0.00 |
| 14. Alimony, maintenance, and support paid to others | $        0.00 |
| 15. Payments for support of additional dependents not living at your home | $        0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $        0.00 |
| 17. Other:    _Personal care items & grooming_ | $       20.00 |
| Other:    _Pet Care and Expenses_ | $       60.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $    1,507.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 16 of Schedule I | $    1,516.67 |
| b. Average monthly expenses from Line 18 above | $    1,507.00 |
| c. Monthly net income (a. minus b.) | $        9.67 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Cynthia Valentin*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     10,101.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $     12,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $      1,250.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *24* | | $    104,917.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      1,516.67 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      1,507.00 |
| TOTAL | | *36* | $     10,101.00 | $    118,167.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Cynthia Valentin*

Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *1,250.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *17,855.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *19,105.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *1,516.67* |
| Average Expenses (from Schedule J, Line 18) | $ *1,507.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *1,650.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *6,000.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *1,250.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *104,917.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *110,917.00* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Cynthia Valentin_                                            Case No. _____
                    Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___37___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _6/9/2010_____          Signature _/s/ Cynthia Valentin_____
                                                         _Cynthia Valentin_



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*Cynthia Valentin*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE

*Year to date:$2,000.00*      *2010 Wages from employment*
*Last Year:$22,000.00 app*      *2009 Same*
*Year before:26,000.00 app*      *2008 Same*

---

### 2. Income other than from employment or operation of business

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE

*Year to date:$6,000.00*      *2010 Unemployment compensation*
*Last Year:$0.00*      *2009 none*

AMOUNT                                    SOURCE

*Year before:$0.00*                       *2008 none*

---

### 3. Payments to creditors

None

☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None

☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None

☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None

☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None

☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass* *Address:* *2021 Midwest Road* *Oak Brook, IL 60521* | *Date of Payment:* *Payor: Cynthia Valentin* | *$500.00* |

## 10. Other transfers

None ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Statement of Affairs - Page 4

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

        If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

        If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

        The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

        (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☒    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☒

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *06/09/2010*          Signature   */s/ Cynthia Valentin*
of Debtor

Date  _____      Signature   _____
of Joint Debtor
(if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Cynthia Valentin*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. *1* | |
|---|---|
| **Creditor's Name :** <br> *Triad Financial* | **Describe Property Securing Debt :** <br> *2005 Dodge Stratus* |

Property will be (check one) :

☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

| Property No. *2* | |
|---|---|
| **Creditor's Name :** <br> *Santander Consumer USA* | **Describe Property Securing Debt :** <br> *2005 Dodge Stratus* |

Property will be (check one) :

☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes        ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _06/09/2010_____          Debtor:  _/s/ Cynthia Valentin_____

Date: _____          Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re  *Cynthia Valentin*                                                                    Case No.
                                                                                             Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *500.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . $ _____ *500.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3.  $ _____ *299.00* _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *06/09/2010*                          Respectfully submitted,


                                        X */s/ Richard S. Bass* _____
              Attorney for Petitioner: *Richard S. Bass*
                                        *Law Office of Richard S. Bass, LTD.*
                                        *2021 Midwest Road*
                                        *Oak Brook IL  60521*

                                        *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Cynthia Valentin*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Richard S. Bass**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *06/09/2010*_____

/s/ *Cynthia Valentin*_____
Debtor

Activian Collection Services, In
RE:  Filippini, Victor, DDS
664 Milwaukee Ave
Prospect Heights, IL  60070

American Airlines FCU
Attn:  Bankruptcy Dept
PO BOX  619001
Dallas, TX  75261-9001

APLM Ltd
Attn:  Patient Accounts
1050 W. Kinzie St
Chicago, IL  60622-6537

Apollo Group Inc/Univ Phoenix
Attn:  Bankruptcy Dept
4615 E. Elmwood St
Phoenix, AZ  85040

Armor Systems Corporation
RE:  Swedish Covenant Hospital
2322 N. Green Bay Road
Waukegan, IL  60087-4209

Arrow Financial Service
RE:  First Premier
5996 W. Touhy
Niles, IL  60714-4610

Asset Acceptance Corp
Attn: Ballys Fitness
PO Box 2036
Warren, MI  48090

Asset Acceptance Corp
RE:  Bally Total Fitness
PO Box 2036
Warren, MI  48090-2036

Asset Acceptance LLC
RE:  Bally Total Fitness
PO BOX  2036
Warren, MI  48090-2036

Asset Acceptance LLC
RE:  SBC Illinois
PO BOX  2036
Warren, MI  48090-2036

AssetCare, Inc.
RE:  NCO Portfolio/Verizon
5100 Peachtree Industrial Blvd
Norcross, GA  30071

Associate Pathologists Joliet
Attn:  Patient Accts
330 Madison St, #200A
Joliet, IL  60435

AT&T
Attn:  Bankruptcy Dept
PO BOX  8100
Aurora, IL  60507-8100

ATG Credit
RE:  Naperville Radiologist
PO Box 14895
Chicago, IL  60614-4895

Calvary Investments, LLC
RE:  Sprint PCS
7 Skyline Dr, Suite 3
Hawthorne, NY  10532-2162

Capital Management Services
RE:  Premier Bank
726 Exchange Street, Suite 700
Buffalo, NY  14210

Capital Management Services
RE:  Chase
726 Exchange Street, Suite 700
Buffalo, NY  14210

Carson Pirie Scott
Retail Services
PO BOX  15521
Wilmington, DE  19850-5521

CBE Group Inc.
RE:  Dish Network
131 Tower Park Dr, #100
Waterloo, IA  50701

CCS/First National Bank
Attn:  Bankruptcy Dept
600 E. 60th St N
Sioux Falls, SD  57104

Central DuPage Hospital
Attn:  Patient Accounts
25 N. Winfield Road
Winfield, IL  60190-1295

Central DuPage Physician Group
Attn:  Patient Accts
PO BOX  479
Winfield, IL  60190-0479

City of Chicago Bureau Parking
Attn Bankruptcy Dept
PO Box 88292
Chicago, IL  60680-1292

CMI Group LP
RE:  WOW Internet & Cable
4200 International Pkwy
Carrollton, TX  75007-1912

CMI Group, Inc
RE:  WOW Naperville
4200 International Pkwy
Carrollton, TX  75007-1912

Collection Company of America
RE:  AT&T
700 Longwater Dr
Norwell, MA  02061

Collection Masters LLC
RE:  US Bank
166 W Washington, #700
Chicago, IL  60602

Comcast
Attn:  Bankruptcy Dept
1711 E. Wilson St
Batavia, IL  60510-1470

Commonwealth Edison
Attn:  Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL  60523-9644

Credit Management
RE:  WOW Cable
4200 International Pkwy
Carrollton, ITX  75007-1906

Credit Management
RE: WOW Naperville
4200 International Pkwy
Carrollton, TX  75007

Credit Protection Association
RE:  Comcast
13355 Noel Rd
Dallas, TX  75240

Dennis A. Brebner & Associates
RE:  Valley Emergency Care
860 Northpoint Blvd
Waukegan, IL  60085-8211

Devry Inc
Attn Collection-Bankruptcy Dpt
One Tower Lane, #1000
OakBrook Terrace, IL  60181-4624

Diversified Services Group
RE:  Rush Copley Memorial Hosp
5800 E Thomas Rd,  #107
Scottsdale, AZ  85251

Diversified Services Inc.
RE:  Rush Copley Mem Hospital
5800 E. Thomas Rd,  #107
Scottsdale, AZ  85251

Emergency Treatment S.C.
Attn:  Bankruptcy Dept
900 Jorie Blvd, Ste 220
Oak Brook, IL  60523


Enhanced Recovery Corp
RE:  AT&T
8014 Bayberry Rd
Jacksonville, FL  32256


EOS CCA
RE:  Apollo Gr/Univ of Phoenix
700 Longwater Dr
Norwell, MA  02061


Female Healthcare Assoc LTD
Attn:  Patient Accts
471 W Army Trail Rd,  #103
Bloomingdale, IL  60108-2628


Fidelity Info Corp
RE:  Midwest Ct
PO BOX  49938
Los Angeles, CA  90049


Financial Management Systems
RE:  University of Phoenix
PO BOX  68245
Schaumburg, IL  60194


First Bank of Delaware
Attn:  Bankruptcy Dept
1608 Walnut St, #1000
Philadelphia, PA  19103


First National Credit Card
Attn:  Bankruptcy Dept
500 E 60th St N
Sioux Falls, SD  57104


First Premier Bank
Attn:   Bankruptcy Dept
PO Box 5519
Sioux Falls , SD  57117-5519


First Source Healthcare Advant
RE:  Rush-Copley
7650 Magna Dr
Belleville, IL  62223


General Revenue Corp
RE:  DeVry University
PO Box 495999
Cincinnati, OH  45249-5999


Harris & Harris LTD
RE:  Commonwealth Edison
222 Merchandise Mart,  #1900
Chicago, IL  60654

Harvard Collection
RE:  Sprint
4839 N. Elston Ave
Chicago, IL  60630

Harvard Collection
RE: Advocate Urgent Care
4839 N. Elston Ave
Chicago, IL  60630

Harvard Collection Svc
RE:  Il Dept Revenue
4839 N. Elston Ave
Chicago, IL  60630-2534

Healthcare Recovery Solutions
RE:  Dupage Hosp
1515 190th St,  #350
Gardena, CA  90248-4359

Household Bank NA IL
Attn:  Bankruptcy Dept
PO BOX  876
Wood Dale, IL  60191-0876

Household Credit Services
Attn:  Bankruptcy Dept
PO BOX  98706
Las Vegas, NV  89193-8706

HR Accounts Inc.
RE:  Central Dupage Hosp
7017 John Deere Pkwy
Moline, IL  61266-0672

HSBC Bank
Attn:  Bankruptcy Dept
PO BOX  5253
Carol Stream, IL  60197

HSBC Bank USA
Attn:  Bankruptcy Dept
PO  BOX  15521
Wilmington, DE  19085

HSBC Card Services
Attn:  Bankruptcy Dept
PO BOX  5253
Carol Stream, IL  60197-5253

HSBC Carson's
Attn:  Bankruptcy Dept
PO BOX  5253
Carol Stream, IL  60197

Illinois Tollway Authority
Attn Collection-Legal Dept
PO Box 5201
Lisle, IL  60532-5201

Internal Revenue Service
Attn Central Insolvency Dept
PO Box 21126
Philadelphia, PA  19114

Invoice Audit Services
RE:  Quest Diagnostics
PO BOX  559
Moon Twp, PA  15108

Joliet Radiological Service Co
Attn:  Patient Accts
36910 Treasury Ctr
Chicago, IL  60694-6900

KCA Financial
RE:  Delnor Community Hosp
PO Box 53
Geneva, IL  60134

Law Office McMahan & Sigunick
Acct: Asset Accept-Ballys
216 W. Jackson Blvd  #900
Chicago, IL  60606

Law Offices of Mitchell N. Kay
RE:  Chase
PO BOX  2374
Chicago, IL  60690-2374

Lifetiime Fitness
Attn:  Collections
28141 Diehl Rd
Warrenville, IL  60555

Medical Business Bureau
RE:  West Central Anesthesia
PO Box 1219
Park Ridge, IL  60068-7219

Medical Business Bureau
RE:  Lincoln Park Anesthesia
PO Box 1219
Park Ridge, IL  60068-7219

Merchants Credit Guide
RE: Edward Hospital
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

Merchants Credit Guide
RE:  Edward Hospital
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

Merchants Credit Guide
RE:  Edward Hosp
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

```
Merchants Credit Guide
RE:  DuPage Medical Gr
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

Merchants Credit Guide
RE:  Central DuPage Hosp
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

Merchants Credit Guide
RE:  Edward/Central Dupage Hos
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

MiraMed Revenue Group, LLC
RE:  Provena St. Joseph
PO BOX  77000, Dept 77304
Detroit, MI  48277-0304

MiraMed Revenue Group, LLC
RE:  Provna St. Joseph
PO BOX  77000, Dept 77304
Detroit, MI  48277-0304

National Credit Adjusters
RE:  Check 'n Go
327 W 4th Ave
Hutchinson, KS  67501

National Recovery Agency
RE:  Latin Club
2491 Paxton St
Harrisburg, PA  17111

NCO Financial Systems Inc.
RE:  Citizens Bank
507 Prudential Road
Horsham, PA  19044

NCO Financial Systems Inc.
RE:  Verizon Wireless
507 Prudential Road
Horsham, PA  19044

Pinnacle Credit Service
RE:  HSBC
PO BOX  640
Hopkins, MN  55343-0640

Platinum Capital Investment
RE:  First Bank D
1245 S Main St, #100
Grapevine, TX  76051

Prairie Emergency Phys
Attn:  Bankruptcy Dept
PO BOX  189016
Plantation , FL  33318-9016
```

Proven St Joseph Disc Grp
Attn:   Patient Accts
75 Remittance Dr,  #1959
Chicago, IL  60675-1959

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

R&B Receivables Mgt
RE:  Valley Emergency Care
860 S Northpoint Blvd
Waukegan, IL  60085

RJM Acquisitions LLC
RE:  DoubleDay Book Club
575 Underhill Blvd #224
Syosset, NY  11791

Robert P. Mistovich
RE:  Emergency Treatment SC
PO BOX  509
Lake Forest, IL  60045-0509

Rush Copley Medical Group
Attn:  Patient Accts
2060 Ogden Ave,  #B
Aurora, IL  60504-4714

SALLIE MAE
Attn:  Bankruptcy Dept
PO BOX  9500
Wilkes Barre, PA  18773-9500

SALLIE MAE LSCF
Attn:  Bankruptcy Dept
1002 Arthur Dr
Lynn Haven, FL  32444-1683

Santander Consumer USA
Attn:  Bankruptcy Dept
PO BOX  560284
Dallas, TX  75356-0284

Sprint
Attn: Collection Dept
PO BOX  4191
Carol Stream, IL  60197-4191

Triad Financial
Attn:   Bankruptcy Dept
7711 Center Ave   #100
Huntington Beach, CA  92647-3071

TRS Recovery Services Inc.
RE:  Wal-Mart
5251 Westheimer
Houston, TX  77056

University of Phoenix
Acct: DeVry Account
PO BOX  932
Brookfield, WI  53008-0932

University of Phoenix
Corporate Processing
4615 East Elwood
Phoenix, AZ  85040

Valley Emergency Care
Attn:  Patient Accts
PO BOX  9030
Wheeling, IL  60090

Valley Imaging Consultants LLC
Attn:  Patient Accts
6910 S. Madison St
Willowbrook, IL  60527-5504

Van Ru Credit
RE:  DeVry Inc.
1350 E. Touhy Ave, #100E
Des Plaines, IL  60018-3307

Village of River Grove
Attn:  Photo Enforcement
PO BOX  5905, #0125
Carol Stream, IL  60197-5905

Winfield Pathology Consultants
Attn:  Patient Accts
Dept  4432
Carol Stream, IL  60122-4432

Winfield Pathology Consultants
Attn:  Patient Accts
Dept  4408
Carol Stream, IL  60122-4408

Zenith Acquisition Corp
RE:  Tribute Mastercard
220 John Glenn Dr,  #1
Buffalo, NY  14228-2228